# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 432 EAL 2020
:
    Respondent : 
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
    v. :
:
:
RANDY RAMOS, :
:
    Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 433 EAL 2020
:
    Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
    v. :
:
:
RANDY RAMOS, :
:
    Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 434 EAL 2020
:
    Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
    v. :
:
:
RANDY RAMOS, :
:
    Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 435 EAL 2020
:
    Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
    v. :

RANDY RAMOS,    :
                :
                :
                :
                :
        Petitioner    :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 28th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.

[432 EAL 2020, 433 EAL 2020, 434 EAL 2020 and 435 EAL 2020] - 2